**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DELICE ROBERSON,

                          Plaintiff,                              **21-CV-8770 (VSB) (VF)**

            -against-                                    **ORDER SCHEDULING DISCOVERY**
                                                             **CONFERENCE**

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                          Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A discovery conference in this matter is hereby scheduled for **June 16, 2022, at 4:30**

**p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the

scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

                **SO ORDERED.**

DATED:          New York, New York
                June 8, 2022

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge