

SO ORDERED

VALERIE FIGUEREDO
United States Magistrate Judge
Dated: 6-15-2022

The conference is adjourned to Tuesday,
July 19, 2022 at 11:00 a.m.

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JACK B. GREENHOUSE**
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2533
jgreenho@law.nyc.gov

June 13, 2022

**BY ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

    Re: *Roberson v. New York City Health and Hospitals Corp.*,
       Dkt. No. 21-CV-8770 (VSB)(VF)

Dear Magistrate Judge Figueredo:

    I am an Assistant Corporation Counsel in the office of Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action.  I write on behalf of Defendant to request that the Discovery Conference currently set for June 16, at 4:30 P.M. be adjourned.  This is Defendant's first request for an adjournment of this conference.  I request this adjournment due to a conflicting court conference, on June 16, 2022, for *U.S. v. City of New York*, 1:07-cv-NGG E.D.N.Y. to which I am assigned.  Additionally, Plaintiff consents to Defendant's request for adjournment.

    The Parties are available to reschedule on June 21, 2022 from 1:30PM to 4:30PM; June 23, 2022 from 12:00PM to 4:30PM; or another date that is convenient to the Court.

    I thank the Court for its consideration of this request.

        Respectfully submitted,

        */s/ Jack B. Greenhouse*
        Jack B. Greenhouse
        Assistant Corporation Counsel


cc: Anthony Consiglio, *Attorney for Defendant* via ECF