UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DELICE ROBERSON,

                              **Plaintiff,**                   21-CV-08770 (VSB)(VF)

        -against-                                            **ORDER**

**NEW YORK CITY HEALTH AND HOSPITALS CORP.,**

                              **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at today's conference, the parties are ordered to meet and confer in good faith, and submit a joint letter updating the Court of the status of the discovery issues by **Tuesday, August 09, 2022.**

**SO ORDERED.**

DATED:    New York, New York
               July 19, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge