```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DELICE ROBERSON,                        :    21cv8770 (DLC)
                                        :         (VF)
                    Plaintiff,          :
        -v-                             :    ORDER
                                        :
NEW YORK CITY HEALTH AND HOSPITALS      :
CORP.,                                  :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On June 7, 2022 the above captioned case was referred to Magistrate Judge Valerie Figueredo for general pretrial purposes. Accordingly, it is hereby

    ORDERED that the general pretrial referral is vacated.

    SO ORDERED:

Dated:    New York, New York
           August 23, 2022

                                          DENISE COTE
                              United States District Judge