```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :      21cv8770 (DLC)
DELICE ROBERSON,                          :
                                          :           ORDER
                              Plaintiff,  :
                   -v-                    :
                                          :
NEW YORK CITY HEALTH AND HOSPITALS        :
CORP.,                                    :
                                          :
                              Defendant.  :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held on September 23, 2022, it is hereby

ORDERED that the defendant may add the search term "Pay OR Salary" to the search terms "Review Meeting" and "White" in conducting its search for discoverable electronically stored information. Any discoverable electronically stored information must be produced to the plaintiff no later than **November 18, 2022.**

IT IS FURTHER ORDERED that the defendant need not further respond to respond to Interrogatory 1 or Interrogatory 3 in the plaintiff's First and Second Set of Interrogatories.

IT IS FURTHER ORDERED that the defendant need only respond to Interrogatory 2 in the plaintiff's First and Second Set of Interrogatories to the extent that it requests that the defendant identify all persons who determined the plaintiff's compensation from 2014.

IT IS FURTHER ORDERED that the defendant shall identify to the plaintiff by **November 1, 2022** any employee that it believes provides a comparator relevant to the plaintiff's claims of unequal pay for the period of 2014 through the end of her employment. The parties may, after meeting and conferring, submit a letter no later than **November 4, 2022** regarding any dispute over discovery regarding comparators.

Dated:   New York, New York
         September 26, 2022

                              _____
                                      DENISE COTE
                              United States District Judge