```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DELICE ROBERSON,                         :
                                         :
                    Plaintiff,           :
                                         :           21cv8770 (DLC)
           -v-                           :
                                         :              ORDER
NEW YORK CITY HEALTH AND HOSPITALS       :
CORP.,                                   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the parties' letters of November 4, 2022, it is hereby

    ORDERED that the parties shall appear at a conference to be held telephonically on **Thursday, November 10** at **3:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:    November 7, 2022
          New York, New York

                                                DENISE COTE
                                United States District Judge