```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DELICE ROBERSON,                         :
                                         :
                          Plaintiff,     :
                                         :          21cv8770 (DLC)
             -v-                         :
                                         :              ORDER
NEW YORK CITY HEALTH AND HOSPITALS       :
CORP.,                                   :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at a conference held telephonically on November 10, 2022, it is hereby

ORDERED that the parties shall appear at a conference to be held on **Wednesday, November 16** at **2:00 p.m.** The conference will be held in Courtroom 18B, 500 Pearl Street, New York, New York. The parties shall be prepared to discuss the scope of discovery regarding comparators for the plaintiff's equal pay claims. The parties shall meet and confer in person to discuss any dispute over such discovery before the conference.

SO ORDERED:

Dated:   November 10, 2022
         New York, New York

                                        _____
                                             DENISE COTE
                                        United States District Judge