UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :

DELICE ROBERSON,                  :       21cv8770 (DLC)
                                           :

                    Plaintiff,     :        ORDER
          -v-                   :

NEW YORK CITY HEALTH AND HOSPITALS :
CORP.,                            :
                                           :

                    Defendant.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    By letter dated January 23, 2023, plaintiff seeks dismissal of her claims with defendant's consent.  Having reviewed that letter, it is hereby

    ORDERED that plaintiff's federal law claims are dismissed with prejudice.

    IT IS FURTHER ORDERED that plaintiff's New York law claims are dismissed without prejudice.  The Clerk of Court shall close the case.

Dated:    New York, New York
           February 1, 2023

                                 _____
                                    DENISE COTE
                    United States District Judge